*State of New York*
*Supreme Court, Appellate Division*

Decided and Entered:  January 19, 2017                    D-14-17
_____

In the Matter of KATHERINE A.
    SUPLEE, an Attorney.                    MEMORANDUM AND ORDER
                                                ON MOTION
(Attorney Registration No. 1923192)
_____

Calendar Date:  January 11, 2017

Before:  Egan Jr., J.P., Lynch, Rose, Clark and Aarons, JJ.

                         _____

        Katherine A. Suplee, Union, New Jersey, pro se.

        Monica A. Duffy, Attorney Grievance Committee for the Third
Judicial Department, Albany, for Attorney Grievance Committee for
the Third Judicial Department.

                         _____

Per Curiam.

        Katherine A. Suplee was admitted to practice by this Court
in 1984 and lists a business address in Union, New Jersey with
the Office of Court Administration.  Suplee now seeks leave to
resign from the New York bar for nondisciplinary reasons (see
Uniform Rules for Attorney Disciplinary Matters [22 NYCRR]
§ 1240.22 [a]).  The Attorney Grievance Committee for the Third
Judicial Department (hereinafter AGC) opposes Suplee's
application due to its improper form.

        In support of her application to resign, Suplee submitted a
"certification" indicating that the facts therein were certified
as true.  Suplee also acknowledged that false statements in her
certification could subject her to punishment.  Accordingly,
although Suplee's application is defective inasmuch as it is not
in affidavit form (see Uniform Rules for Attorney Disciplinary
Matters [22 NYCRR] § 1240.22 [a] [1]; Rules of App Div, 3d Dept
[22 NYCRR] § 806.22 [a]), we will exercise our discretion to
excuse such defect under the circumstances presented (see Matter

<u>of Lamson</u>, ___ AD3d ___ [decided herewith]).

Turning to the merits, we note that AGC does not substantively oppose the application. Accordingly, upon reading the certification of Suplee dated September 26, 2016, and upon reading the correspondence in response by AGC's Chief Attorney, and having determined that Suplee is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Egan Jr., J.P., Lynch, Rose, Clark and Aarons, JJ., concur.

ORDERED that Katherine A. Suplee's application to resign is granted and her nondisciplinary resignation is accepted; and it is further

ORDERED that Katherine A. Suplee's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (<u>see generally</u> Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Katherine A. Suplee shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.

ENTER:

Robert D. Mayberger
Clerk of the Court